UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Roxanne Jackson,  Civil 08-4873 DSD/FLN

    Plaintiff,

v.  O R D E R

The Federal Reserve Employee
Benefits System,

    Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 19, 2009, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's motion to enforce settlement agreement [#10] is GRANTED.

DATED: July 13, 2009

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court