UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 08-4873(DSD/FLN)

Roxanne Jackson,

        Plaintiff,

v.                                                    **ORDER**

The Federal Reserve Employee
Benefit System,

        Defendant.


Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 19, 2009, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that defendant's motion to enforce settlement agreement [#10] is granted.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  September 14, 2009

                                   s/David S. Doty
                                   David S. Doty, Judge
                                   United States District Court